UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>vs.<br><br>**DYLAN M. STEWART,**<br><br>**Defendant.** | **CASE NO.** _____<br><br>**JUDGE** _____<br><br>**INDICTMENT**<br><br>**18 U.S.C. § 922(g)(1)**<br>**18 U.S.C. § 924(a)(8)**<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Possession of a Firearm by a Convicted Felon)**

1.      On or about March 28, 2026, in the Southern District of Ohio, the defendant, **DYLAN M. STEWART**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Ruger, Model SR9C, 9 mm pistol, serial number 332-87420, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

<u>COUNT 2</u>
**(Possession of a Firearm by a Convicted Felon)**

2.      On or about March 17, 2026, through and including March 28, 2026, in the Southern District of Ohio, the defendant, **DYLAN M. STEWART**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess a firearm, that is, a Bersa, Model Thunder 380, .380 caliber pistol, serial number J49813, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

3.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4.      Upon conviction of any offense alleged in this Indictment, the defendant, **DYLAN M. STEWART**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such offense, including, but not limited to, a Ruger, Model SR9C, 9 mm pistol, serial number 332-87420, a Bersa, Model Thunder 380, .380 caliber pistol, serial number J49813, and any associated ammunition or magazines.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

**s/ Foreperson**

_____

**FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

_____

**TIMOTHY D. PRICHARD (0059455)**
**Assistant United States Attorney**

2